IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:22-cv-02086-WBS-KJN |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO CONTINUE SCHEDULING CONFERENCE** |
| WALEED SMOKE SHOP INC d/b/a SMOKERS GIFT SHOP and WALEED ABDUL RASHID | |
| Defendants, | |

THIS CAUSE came before the Court upon the Plaintiff's Motion to Continue Scheduling Conference. The Court having considered the Motion, and being otherwise duly advised in the premises, it is hereby **ORDERED** and **ADJUDGED** as follows:

The Motion is GRANTED and the scheduling Conference is continued to April 10, 2023 at 1:30 p.m. A joint status report shall be filed no later than March 27, 2023 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed November 18, 2022 (Docket No. 3).

**IT IS SO ORDERED**.

Dated: March 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1