UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALEED SMOKE SHOP INC d/b/a SMOKERS GIFT SHOP, and WALEED ABDUL RASHID,<br><br>　　　　Defendants. | No. 2:22-cv-02086 WBS CSK<br><br>ORDER RE: SECOND MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE UPON DEFENDANT[1] |

----oo0oo----

Upon consideration of plaintiff's motion (Docket No. 35), it appears that plaintiff's process server still has been unable to serve one of the defendants and is now taking further steps to complete service.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for extension of time to perfect service upon defendant (Docket No. 35) be, and the same hereby is, GRANTED.

---

[1] This matter was taken under submission without oral argument pursuant to Local Rule 230(g).

1

Plaintiff has thirty days from the date of this order to perfect service upon defendants.

Dated: April 19, 2024

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE