UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALEED SMOKE SHOP INC d/b/a SMOKERS GIFT SHOP, and WALEED ABDUL RASHID,<br><br>　　　　Defendants. | No. 2:22-cv-02086-WBS-CSK<br><br>**ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE UPON DEFENDANT, WALEED ABDUL RASHID** |

　　　Upon consideration of the Plaintiff's Motion, and being otherwise fully advised on the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Motion for Extension of Time to Perfect Service Upon Defendant, WALEED ABDUL RASHID, is **GRANTED**.  The June 24, 2024 hearing date is vacated.

IT IS DONE AND ORDERED .

Dated:  May 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

c: All counsel of record