1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

GS HOLISTIC, LLC,

No.  2:22-cv-02086-WBS-CSK

10

Plaintiff,

ORDER

11

v.

(ECF No. 59.)

12

WALEED SMOKE SHOP INC d/b/a
SMOKER'S GIFT SHOP, et al.,

13

Defendants.

14

15      On July 22, 2025, the magistrate judge filed findings and recommendations (ECF No. 59),

16  which were served on the parties and which contained notice that any objections to the findings

17  and recommendations were to be filed within fourteen (14) days. On August 5, 2025, plaintiff GS

18  Holistic, LLC filed objections to the findings and recommendations (ECF No. 60), including

19  objecting that the First Amended Complaint sufficiently states a claim for trademark

20  counterfeiting and infringement under 15 U.S.C. § 1114 and false designation of origin and unfair

21  competition under 15 U.S.C. § 1125(a). (ECF No. 60 at 1-4.) Plaintiff further objects that

22  dismissal of this action without leave to amend is inappropriate. (*Id.* at 4.) The Court has

23  considered all objections raised.

24      In accordance with 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review.

25  As part of the magistrate judge's findings and recommendations, she has included a discussion of

26  those cases previously filed by plaintiff GS Holistic in this district based on similar allegations.  It

27  appears that although at least a dozen such cases have been filed, each against a different

28  defendant, in none of those cases has the defendant who was properly served made an

1

1  appearance.  In other words, none of the defendants in those cases have cared enough about the

2  lawsuit against them to bother to respond.

3          It appears that in six of those cases, even though the motion for default judgment was

4  unopposed, the assigned district judges adopted the magistrate judges' findings and

5  recommendations to deny plaintiff's motions for default judgment.  It further appears, however,

6  that in the remaining six of those cases the magistrate judge recommended default judgment be

7  entered, and the assigned district judge adopted the magistrate judges' findings and

8  recommendations.  In one of those cases, <u>GS Holistic, LLC v. Unlimited Smoke and Vape</u>

9  <u>Paradise, et al.</u>, No. 2:22-cv-2037 WBS CKD, 2024 WL 3396380 (E.D. Cal. July 12, 2024), I was

10  the district judge and I adopted the findings and recommendations of Magistrate Judge Delaney to

11  grant the motion for default judgment but deny plaintiff's request for injunctive relief and award

12  plaintiff costs of only $565.20.  At that time, I did not have the benefit of Judge Kim's reasoned

13  analysis in this case.

14          The court has carefully reviewed the file, including plaintiff's objections, and finds the

15  findings and recommendations are supported by the record and by proper analysis. In light of

16  Judge Kim's analysis of the merits of plaintiff's claim, the court now reconsiders its decision in

17  the <u>Unlimited Smoke and Vape Paradise</u> case and finds in this case that plaintiff has failed to

18  satisfy the second and third <u>Eitel</u> factors.  The court therefore concludes that it is appropriate to

19  adopt the findings and recommendations in full.

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.      The findings and recommendations (ECF No. 59) are ADOPTED IN FULL;

22          2.      Plaintiff's motion for default judgment (ECF No. 52) is DENIED;

23          3.      The First Amended Complaint (ECF No. 25) is DISMISSED without leave to

24                  amend; and

25          4.      The Clerk of the Court is directed to close this action.

26

27  Dated:  September 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

28

2